```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 08 B 23743
   MILDRED DUMAS
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-4842


------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 09/09/2008 and was not confirmed.

     The case was dismissed without confirmation 12/08/2008.
------------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                             PAID            PAID
------------------------------------------------------------------------------
ROUNDUP FUNDING LLC         UNSECURED        1284.65             .00              .00
ASPIRE                      UNSECURED      NOT FILED             .00              .00
CBT ASPIRE                  NOTICE ONLY    NOT FILED             .00              .00
CARD SERVICES               NOTICE ONLY    NOT FILED             .00              .00
CINGULAR WIRELESS           UNSECURED      NOT FILED             .00              .00
CITY OF CHICAGO PARKING     UNSECURED        1060.00             .00              .00
COMMONWEALTH EDISON         UNSECURED         215.52             .00              .00
DIRECT MERCHANTS BANK       UNSECURED      NOT FILED             .00              .00
DISH NETWORK                UNSECURED      NOT FILED             .00              .00
EMERGENCY MEDICAL SPECIA    UNSECURED      NOT FILED             .00              .00
FINGERHUT DIRECT MARKETI    UNSECURED         675.11             .00              .00
GMAC                        NOTICE ONLY    NOT FILED             .00              .00
HSBC BANK                   UNSECURED      NOT FILED             .00              .00
MERRICK BANK                UNSECURED        1492.08             .00              .00
MERRICK BANK                NOTICE ONLY    NOT FILED             .00              .00
NGBL CARSONS                UNSECURED      NOT FILED             .00              .00
SPRINT                      UNSECURED      NOT FILED             .00              .00
WEST SUBURBAN GASTROENTE    UNSECURED      NOT FILED             .00              .00
WEST SUBURBAN GASTROENTE    NOTICE ONLY    NOT FILED             .00              .00
WEST SUBURBAN MEDICAL CE    UNSECURED         608.42             .00              .00
AMERICREDIT FINANCIAL SV    SECURED VEHIC  20978.86              .00              .00
JESSIE BELMER               NOTICE ONLY    NOT FILED             .00              .00
STEFANS STEFANS & STEFAN    DEBTOR ATTY         .00                               .00
TOM VAUGHN                  TRUSTEE                                               .00
DEBTOR REFUND               REFUND                                                .00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                            RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                          .00

PRIORITY                                                   .00
SECURED                                                    .00
UNSECURED                                                  .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 23743 MILDRED DUMAS
```

```
ADMINISTRATIVE                                                              .00
TRUSTEE COMPENSATION                                                        .00
DEBTOR REFUND                                                               .00
                                          ---------------    ---------------
TOTALS                                                .00                   .00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
  Dated: 03/05/09                  _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE